# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2967
_____

RICHARD GRAHAM, JR.,

    Appellant,

v.

HILLSBOROUGH COUNTY
SHERIFF'S OFFICE/COMMERCIAL
RISK MANAGEMENT,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Brian J. Anthony, Judge.

Date of Accident:  January 12, 2024.

March 20, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Donald J. Magee of Magee Law Firm, P.A., New Port Richey, for Appellant.

Warren K. Sponsler and Vanessa J. Johnson of Sponsler, Johnson & Andrews, P.A., Tampa, for Appellees.